No. 49695.—Protest 95256–K of August F. Stauff (New York).

Opinion by Keefe, J.   In accordance with stipulation of counsel sole crepe rubber similar to that the subject of *United States* v. *F. Lester Kittle, Inc.* (31 C. C. P. A. 233, C. A. D. 276) was held entitled to free entry as claimed.

No. 49696.—Protests 102357–K, etc., of Far Eastern Rubber Importers (New York).

Opinion by Keefe, J.   In accordance with stipulation of counsel sole crepe rubber similar to that the subject of *United States* v. *F. Lester Kittle, Inc.* (31 C. C. P. A. 233, C. A. D. 276) was held entitled to free entry as claimed.

Before the Third Division, September 6, 1944

No. 49697.—Protests 104209–K, etc., of Banco Nacionale De Mexico (New York).

Opinion by Cline, J.   In accordance with stipulation of counsel outlining a method for determining the length of staple and the tare, the protests were sustained as to certain of the bales in accordance with a subsequent stipulation entered into after examination of all bales had been completed and as set out in schedules attached to stipulation.

No. 49698.—Protests 76588–K, etc., of Continental Grain Co. et al. (Buffalo).

Opinion by Cline, J.   It was stipulated that the merchandise in question is the same in all material respects as that passed upon in *Richardson* v. *United States* (12 Cust. Ct. 6, C. D. 823).   In accordance therewith the protests were sustained to this extent.

No. 49699.—Protests 46015–K, etc., of Seaboard Western Grain Corp. et al. (Buffalo).

Opinion by Cline, J.   In accordance with stipulation of counsel that the merchandise in question is the same as that passed upon in *Richardson* v. *United States* (12 Cust. Ct. 6, C. D. 823), the protests were sustained to this extent.